UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FILED
IN OPEN COURT
2-2-12
CLERK
U.S. DISTRICT COURT

NEREYDA FRIAS,

    Plaintiff,

-vs-                          Case No. 6:09-cv-2023-Orl-31KRS

GERALD CAVIS, Orange County Sheriff Deputy,

    Defendants.

## Verdict Form

Do you find from a preponderance of the evidence that Defendant, Gerald Cavis, committed acts that intentionally violated Nereyda Frias' federal constitutional right to be free from arrest without probable cause?

Answer Yes or No __No__

SO SAY WE ALL

__2-2-12__
Date

__Pamela W. Barnette__
Foreperson